**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARSHA BRANDON, ) | NO. CV 12-8288-JSL(E) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ACCEPTING FINDINGS, |
| ) | |
| LOS ANGELES COUNTY SHERIFF ) | CONCLUSIONS AND RECOMMENDATIONS |
| DEPARTMENT, "DEPUTY MORALES," ) | |
| ) | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. ) | |
| _____) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///

///

///

1     IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendant.

DATED: June 3, 2013.

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE