1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**
9                       **CENTRAL DISTRICT OF CALIFORNIA**
10
11  MARSHA BRANDON,                    )  NO. CV 12-8288-JSL(E)
                                       )
12              Plaintiff,             )
                                       )
13       v.                            )  JUDGMENT
                                       )
14  LOS ANGELES COUNTY SHERIFF         )
    DEPARTMENT, "DEPUTY MORALES,"      )
15                                     )
                Defendants.            )
16  _____)
17
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
20       DATED: June 3, 2013.
21
                                       /s/ Spencer Letts
22
23                              _____
                                       J. SPENCER LETTS
24                              UNITED STATES DISTRICT JUDGE